DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CURTIS L. THOMAS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-251

[August 5, 2020]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Laura Johnson, Judge; L.T. Case No. 501983CF003464A.

Curtis L. Thomas, Doral, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.  See Duckett v. State*, 148 So. 3d 1163 (Fla. 2014).

GROSS, CIKLIN and GERBER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***